Manuel Gray
920 E. Devonshire Avenue
Phoenix AZ 85014
(480) 495-1446

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Manuel Gray,

    Plaintiff,

v.

Saks Fifth Avenue,

    Defendant(s).

CASE NUMBER: **CV20-01987-PHX-JJT**

**COMPLAINT**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCvP 5.4

## Jurisdiction

This court has jurisdiction over this matter pursuant to Civil suit §§ . The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

Racial Discrimination/Racial Profiling. Followed around the store by security guard, confronted and falsely accused of assaulting/insulting a Saks employee and eventually being escort out of the store. Violation my my constitutional and civil rights.

## Demand

Declare defendant's discriminatory practices violate title II of the civil rights act of 1964, USC 1981 and 42 USC section 1981, civil right act of 1866 (Jones v. Alfred H. Mayer Co. 1968 p. 443) Enjoins the defendant, his agents, and all other Saks employees involved, award monetary damages, award compensation for racial discrimination, assesses civil penalties against defendant to vindicate the public interest, pursuant **Damages: $5 million** The defendants conduct constitutes discrimination based on race in violation of title II of the civil rights act of 1964, USC 1981 and USC 42 section 1981 provides that all persons shall have the same right to make and enforce contracts as enjoyed by white citizens The Plaintiff wants a trial by jury.

Date: 10/13/20

_Manuel Gray_
Signature of Pro Se Plaintiff
Manuel Gray
920 E. Devonshire Avenue
Phoenix, AZ 85014
(480) 495-1446