# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Gray, | No. CV-20-01987-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Saks Fifth Avenue, | |
| Defendant. | |

On October 13, 2020, *pro se* Plaintiff Manuel Gray filed his complaint against Defendant Saks Fifth Avenue (Doc. 1). On October 16, 2020, Plaintiff was ordered to either pay the filing fee or file an application to proceed in forma pauperis (Doc. 4). Since that time, Plaintiff filed two Amended Complaints (Docs. 7, 9) but has not paid the filing nor filed an application to proceed in forma pauperis. Accordingly,

IT IS HEREBY ORDERED dismissing Plaintiff's Amended Complaint (Doc. 9) and this action for failure to follow the Court's instructions.

Dated this 12th day of January, 2021.

Honorable John J. Tuchi
United States District Judge