# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Gray, | No. CV-20-01987-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Saks Fifth Avenue, | |
| Defendant. | |

The Court, having been informed that *pro se* Plaintiff did pay his filing fee as ordered, will vacate its Order dismissing this action (Doc. 10).

IT IS ORDERED vacating the Order (Doc. 10) dismissing *pro se* Plaintiff's Amended Complaint (Doc. 9) and this action.

IT IS FURTHER ORDERED directing the Clerk of Court to re-open this matter.

IT IS FURTHER ORDERED that *pro se* has 45 days from the date of this Order to serve the summons and Amended Complaint (Doc. 9) on Defendant and file proof of service pursuant to Rule 4(l) Federal Rules of Civil Procedure.

Dated this 14th day of January, 2021.

Honorable John J. Tuchi
United States District Judge